UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIE V. PANKEY, et al.,<br><br>Defendants. | Case No. 15-cv-02217-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER GRANTING IFP APPLICATION AND MOTION TO REMAND** |

The court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation re defendants' IFP application and plaintiff's motion to remand this unlawful detainer action to the Superior Court of California, County of Contra Costa. The court finds Judge Ryu's report correct, well-reasoned and thorough, and adopts it in every respect.

Defendants filed a request for judicial notice on July 8, 2015, which the court construes as objections to the Report and Recommendation. Defendants argue that the signatures on some of the documents recorded in connection with the non-judicial foreclosure were forged, and thus that the documents were invalid and the foreclosure sale should be set aside.

This court does not have jurisdiction over the unlawful detainer action. Thus, any argument defendants may have with regard to the legality of the foreclosure sale or any other matter relating to the subject property cannot be raised in this court in the present action.

Defendants' IFP request is GRANTED for the sole purpose of relieving defendants from the obligation of advance payment of the filing fee.  The motion to remand is GRANTED, and the court ORDERS that this case be remanded to the Contra Costa Superior Court.

**IT IS SO ORDERED.**

Dated:  July 13, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge